UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BUILDING SERVICE 32BJ HEALTH FUND, et al.

                             Plaintiffs,

  -against-

CROWN BUILDING MAINTENANCE CO., et al.,

                             Defendant.
------------------------------------------------------------------X

Civil Action: 18-cv-1377

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs hereby gives notice that the above-captioned matter is voluntarily dismissed, without prejudice against the defendant 160 East 48th Street Owner II LLC.

Dated:  Fort Lee, New Jersey
          May 16, 2019

                                                  Raab, Sturm & Ganchrow, LLP

                                                  By: _____
                                                  Samuel Bloom (SB1988)
                                                  Attorneys for Plaintiffs Funds
                                                  2125 Center Avenue, Suite 100
                                                  Fort Lee, New Jersey 07024

SO ORDERED.

Dated: May 16, 2019
        New York, New York

_____
ANALISA TORRES
United States District Judge