# Ogletree
# Deakins

Frank Birchfield
212.492.2518
frank.birchfield@ogletree.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2019

October 25, 2019

**BY ECF ELECTRONIC FILING**

Hon. Analisa Torres
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *Building Service 32BJ Health Fund et al. v. Crown Building Maintenance Co. et al.*, Civil Action No. 18-cv-1377-AT

Your Honor:

    This firm represents the Defendants in this action. Please accept this joint letter on behalf of all appearing parties as to the status of the matter a request for additional time to complete the settlement agreement and to reset deadlines accordingly.

    On September 25, 2019, the Court entered its order (Doc. 184) dismissing this matter subject to reopen in light of the parties' notice of settlement. In that order, the Court stated that a party may apply to reopen the matter, or move to retain jurisdiction, for purposes of enforcement of settlement, within thirty days of the date of the order. The parties wish to inform the Court that due to Plaintiffs' counsel, Samuel Bloom's, vacation out of the country the parties have not been able within the thirty days to fully execute a written settlement agreement. A draft agreement has been provided to Plaintiff's counsel for review.

    Accordingly, the parties jointly move the Court for an additional thirty-day extension of time through November 25, 2019 within which to file any motion to reopen the matter or file a motion for the Court to retain jurisdiction to enforce settlement. Plaintiffs consent and join in the motion.

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

We thank Your Honor for your attention.

Sincerely,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: _____/s/ Frank Birchfield_____
Frank Birchfield

cc: All Counsel of Record (via ECF)

40484087.1

GRANTED. The deadline to reopen this case is EXTENDED to **November 25, 2019.**

SO ORDERED.

Dated: October 25, 2019
New York, New York

_____
ANALISA TORRES
United States District Judge